**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
THOMASVILLE DIVISION**

| | | |
|---|---|---|
| EDWARD HESTER, | : | |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | 6:06-CV-11 (WLS) |
| | : | |
| CALHOUN STATE PRISON, et. al., | : | |
| | : | |
| Respondents | : | |
| | : | |

**ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge G. Mallon Faircloth, filed August 9, 2006, recommending that the instant action be dismissed without prejudice so that Petitioner may proceed to exhaust his state court remedies. (Doc. 13). No objection has been filed.

Upon full review and consideration upon the record, the Court finds that the Report and Recommendation (Doc. 13) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, the above-captioned action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this  11th  day of September, 2006.

  /s/W. Louis Sands  
**W. LOUIS SANDS, CHIEF JUDGE
UNITED STATES DISTRICT COURT**